# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
Plaintiff )
)
-vs- )
)
Hafiz Muhammad Sher Ali Khan )
Defendant

CASE NUMBER: CR __11-20331-CR-__
JORDAN (SEALED)

REPORT COMMENCING CRIMINAL
ACTION

95230·004

*********************************************************

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
COURT ABOVE.
*********************************************************

COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)    DATE AND TIME OF ARREST: 5/14/2011   6:10   (a.m)/p.m.

(2)    LANGUAGE(S) SPOKEN: Pashtu, Urdu and Arabic

(3)    OFFENSE(S) CHARGED: Conspiracy to provide material support to terrorism Title 18 USC section 2339A
Conspiracy to provide material support for a Foreign Terrorist Organization Title 18 USC section 2339 B

(4)    UNITED STATES CITIZEN:    (✓)YES    ( )NO    ( )UNKNOWN

(5)    DATE OF BIRTH: 5/10/1935

(6)    TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # 11-20331
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: Southern District of Florida
COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [ ]YES    [ ]NO

AMOUNT OF BOND:$_____WHO SET BOND? _____

(7)    REMARKS: _____

(8)    DATE: _____    (9) ARRESTING OFFICER _____

(10)    AGENCY _____    (11) PHONE # _____

(12)    COMMENTS _____