UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20331-CR-JORDAN

UNITED STATES OF AMERICA

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,
ALI REHMAN,
    a/k/a Faisal Ali Rehman,
IRFAN KHAN,
IZHAR KHAN,
ALAM ZEB, and
AMINA KHAN,
    a/k/a Amina Bibi,

        Defendants.
_____/

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Wifredo A Ferrer, United States Attorney for the Southern District of Florida, hereby provides notice to defendant Hafiz Muhammad Sher Ali Khan, and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance or physical

search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ _____
John Shipley
Fla. Bar No. 0069670
John.Shipley@usdoj.gov
Sivashree Sundaram
Court ID No. A5501212
Sivashree.Sundaram2@usdoj.gov
Assistant United States Attorneys
United States Attorneys Office
99 N.E. 4th Street, Suite 600
Miami, Florida 33132-2111
Telephone Number (305) 961-9000
Fax Number (305) 536-4675

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed via the Court's electronic filing system.

/s/ _____
Assistant United States Attorney