# EXHIBIT 3

Case 1:11-cr-20331-RNS  Document 56-4  Entered on FLSD Docket 06/20/2011  Page 2 of 3

What we're watching: Tuesday, May 3, 2011 – Who replaces bin Laden?...Taliban seek revenge...U.S.- Pakistan partnership? – In the Arena - CNN.com Blogs

CNN | Home | Video | NewsPulse | U.S. | World | Politics | Justice | Entertainment | Tech | Health | Living | Travel | Opinion | iReport | Money | Sports



in the ARENA

8pm EDT, Mon-Fri

Blog Home | What We're Watching | Off Set Interviews | Spitzer's Number of the Day | Book excerpts

Did Bush White House ask CIA "to get" U.S.

Former narc: 'We have lost the war on drugs'

Spitzer on what Weiner should do post-scandal

Quest says U.S. should watch Greece's debt

GOP candidates speak of less foreign



The Los Angeles Angels line up on the baseline before the game to honor Americans who died in terrorist attacks, a day after U.S. President Barack Obama announced the death of Osama bin Laden, before their game against the Boston Red Sox on May 2, 2011 at Fenway Park in Boston.

May 3rd, 2011
07:43 AM ET

Share

Comments (Add comment)

Permalink

Recommend Confirm 1

Tweet 2

If, prior to January 2007, you were enrolled in a membership program by a telemarketer and monthly membership fees were charged to your debit card without your prior signed written authorization

You May Be Entitled To a Cash Settlement Payment

Prepared by GCG

Click Here

ADVERTISEMENT

Join Eliot Spitzer along with E.D. Hill "In The Arena" weeknights at 8 p.m. ET/5 p.m. PT on CNN

And follow "In The Arena" on **Facebook** and **Twitter**

## Anthony Weiner coverage

**Weiner resigns after sexting scandal**

**Dr. Nerenberg: 'Sex addicts often experience a deep sense of shame and self-hatred'**

**Will the image or the lie end Weiner's career?**

**Legal expert Jonathan Turley: Will courts view certain Anthony Weiner images as obscene?**

**Laura Kipnis: Scandals can still surprise**

**Andrew Breitbart: Rep. Weiner's behavior opened himself up to compromise or blackmail**

**Howard Kurtz: Weiner's crime was 'the lie'**

**Dan Abrams puts Eliot on the spot and asks him about Anthony Weiner's media strategy**

**Rep. Chaffetz: Rep. Weiner must step down**

**Rep. Weiner: 'I have made terrible mistakes'**

## Recent Posts

**Flo DiBona: Millions of soap opera fans are willing to put our consumer purchasing power behind**

# What we're watching: Tuesday, May 3, 2011 – Who replaces bin Laden? ...Taliban seek revenge...U.S.- Pakistan partnership?

Posted by:
**Jay Kernis - Senior Producer**

**PAKISTANI TALIBAN SEND REVENGE THREATS** – After a day of international exaltation over the death of Osama bin Laden, questions remain about **who might take over** his terrorist group and whether a trove of material gathered from bin Laden's compound might tip off U.S. officials to other al Qaeda leaders and plots. But already, at least one threat of revenge has surfaced against the United States, which carried out the mission to eliminate bin Laden.

"We are proud on the martyrdom of Osama," Ahsan Ullah Ahsan, spokesman for Tehrik-e-TalebanPakistan(TTP), said late Monday night. "We shall definitely take revenge (on) America as well as Pakistan, as they aided Americans in this operation. All the government functionaries are on our hit list. We shall never spare any one of them."

Case 1:11-cr-20331-RNS Document 56-4 Entered on FLSD Docket 06/20/2011 Page 3 of 3

What we're watching: Tuesday, May 3, 2011 – Who replaces bin Laden?...Taliban seek revenge...U.S.- Pakistan partnership? – In the Arena - CNN.com Blogs

When asked how the Pakistani Taliban organization would carry out revenge on America, Ahsan said, "We already have our people in America, and we are sending more there."

**DECADES OF DENIALS** – Al Qaeda leader Osama bin Laden was killed by U.S. special forces on Sunday in the resort town ofAbbottabad, just two hours from the Pakistani capital. This ended a nearly decade-long manhunt for the 9/11 mastermind as well a decade of dubious denials from Pakistani leaders that he could possibly be in their country, reports **Foreign Policy**.

Meanwhile, in **The Washington Post**, Pres. Zardari writes that Pakistan did its part. "Although the events of Sunday were not a joint operation, a decade of cooperation and partnership between the United States and Pakistan led up to the elimination of Osama bin Laden as a continuing threat to the civilized world. And we in Pakistan take some satisfaction that our early assistance in identifying an al-Qaeda courier ultimately led to this day."

**WILL ANY TIPSTER GET THAT $27 MILLION REWARD?** – The State Department's Rewards for Justice Program had a $27 million bounty on bin Laden. At a news briefing, Secretary of State Hillary Clinton was circumspect about the case. "Given the importance of confidentiality to the Rewards for Justice program, I cannot comment at all on whether anyone has been nominated for a reward in this or any other case," she told reporters. The money has paid dividends in other cases, though.

According to **NPR**, the prospect of cash payments motivated an informant to go to the U.S. Embassy in Pakistan and turn in Ramzi Yousef back in 1995. He helped plan the first World Trade Center bombing. The program also helped the U.S. military find Saddam Hussein's sons. An unidentified source shared their location and after a four-hour firefight, both of them died.

But U.S. authorities have offered some reason to doubt whether the bin Laden reward will ever leave the bank. That's because investigators say they pieced together bin Laden's whereabouts from many different bits of information.

**OBAMA HONORS TEACHER OF THE YEAR** – Maryland teacher Michelle Shearer, the newly named 2011 Teacher of the Year, will be honored on Tuesday by President Obama at the White House along with state winners of the annual contest. According to **The Washington Post**, Shearer is a 14-year teaching veteran who now teaches chemistry at Urbana High School in Frederick, Maryland, and who used to teach at the Maryland School for the Deaf.

She was chosen for her passion for teaching and her ability to reach students, including many who have traditionally been underrepresented in the sciences, including minority students and those with special needs.

**KATE'S FATHER-IN-LAW VISITS U.S.** – Britain's Prince Charles, the heir to the throne, is coming to Washington, D.C., Tuesday, days after many in the United States were glued to the television watching the wedding of his elder son, William.

He is expected to meet with President Barack Obama during the **three-day visit**, according to a statement from his office. He is also expected to make several stops related to agriculture. Prince Charles is scheduled to deliver the keynote address at a conference on sustainable agriculture at Georgetown University, along with visiting a city farm that grows food for low-income residents in D.C.

👍 Recommend

Confirm

🖼 You recommend this. · Admin Page · Insights · **Error**

Topics: **9/11** · **Al-Qaeda** · **Osama bin Laden** · **Pakistan** · **President Barack Obama** · **Prince Charles** · **Taliban** · **Terrorism** · **Top Stories** · **What We're Watching**

## We recommend

· **Casey Anthony defense team drops**

## From around the web

· **Gaddafi's Son Makes Surprising Claim** The Huffington Post

whoever saves soaps from extinction
**What we're watching: Monday, June 20, 2011 – Syrian violence...new Libyan casualties, U.S. strategy...Taliban talks...GOP messaging**
**Did the Bush White House ask the CIA to discredit a U.S. college professor?**
**Book excerpt: 'The Interrogator: An Education' by former CIA officer Glenn L. Carle**
**Quest: Pay attention to Greece's debt crisis**
**Traub: Are GOP candidates isolationist?**
**Lemaitre: Those who still see drug problem in U.S. as a 'war on drugs' are living in the past**
**Spitzer: New 'middle' is yesterday's far right**
**Spitzer: IMF lowers U.S. economic forecast; maybe a game of golf will make the difference**
**Linda Salvucci: History is being crowded out of the daily school schedules in many states across the nation; only 12 minutes a week?**

## Twitter

@inthearena

Flo DiBona: Millions of soap opera fans are willing to put our purchasing power behind whoever saves soaps **http://t.co/CBoGObM** via @cnn


**inthearena**
*8:34 am ET June 20, 2011*
RETWEET

What we're watching: 6-20-11 – Syrian violence; Libyan casualties; Taliban talks; GOP messaging **http://t.co/iqOnnAx** via @cnn Join us 8pm ET


**inthearena**
*8:05 am ET June 20, 2011*
RETWEET

Did the Bush White House ask the CIA to discredit a U.S. college professor? – In the Arena - CNN.com Blogs **http://t.co/jWFFJNE** via @cnn


**inthearena**
*8:17 pm ET June 17, 2011*
RETWEET

Lemaitre: Those who still see drug problem in U.S. as a 'war on drugs' are living in the past – In the Arena - **http://t.co/4j8zojV** via @cnn


**inthearena**
*12:35 pm ET June 17, 2011*
RETWEET

Spitzer: IMF lowers U.S. economic forecast; maybe a game of golf will make the difference –In the Arena - **http://t.co/lJfmNFC** via @cnn 8p ET


**inthearena**
*10:25 am ET June 17, 2011*
RETWEET

## 'In The Arena' transcripts

**And click here for TRANSCRIPTS of "In The Arena**

**And click here for TRANSCRIPTS of the "Parker Spitzer" show**

## Archive

**May 2011**

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
|   |   |   |   |   |   | 1 |