# EXHIBIT 4

# PAKISTAN TODAY

E-Paper | Facebook | Twitter

Karachi — High 14 °C - Low 7 °C

Friday, 17 Jun 2011

Main News | City | National | Foreign | Profit | Entertainment | Sports | Comment | Magazines | Classifieds

Fazl-ur-Rehman meets Nawaz Sharif **3:09 PM**

# Terror aid suspect wanted by US arrested in Swat

News | Comments (0)

Mian Abrar                                      32 days ago | Comments (0)

Like — You like this. · Admin Page · Insights · **Error**

ISLAMABAD - Security forces on Monday arrested one Alamzeb and interrogated his mother Amna Bibi, both of whom – along with a third person named Ali Rehman – are wanted by the United States. As per details, a security forces team raided the house of Amna and questioned her in connection with US allegations. Amna's father Hafiz Sher Ali and his two sons Irfanul Haq and Izharul Haq have been arrested by US authorities and charged with giving around $45,000 to the Taliban militants in Swat through Amna, Alamzeb and Ali Rehman. The security forces did not arrest Amna but took Alamzeb with them to an undisclosed location.

There is no information available about Ali Rehman, who according to Alamzeb runs a shop in Mingora Bazaar. Hafiz Sher Ali's third son, Ikramul Haq, who goes by the name of Ikram Khan, also lives in the US, but faces no criminal charges as yet. However, police record revealed that Ikram was wanted in five cases of terrorism registered with the Kabal police. These cases included attacking and killing police and other security forces personnel and civilians. Alamzeb told investigators that Ikram fled to the US during the military offensive in Swat in 2009. But the Immigration Department has no record whether Ikram was on the ECL.

### Related Stories | National News

Malaysia arrests Indonesian terror suspect

U.S. aid to Afghanistan not wisely spent: report

Tareen asks govt to say no to US aid under KLB

Punjab rejects US aid: Rana Sanaullah

US aid critical for Pakistan, says Grossman





## Comments

Login ▼

There are no comments posted yet. Be the first one!

## Post a new comment

Enter text right here!

Comment as a Guest, or login: intensedebate | WORDPRESS.COM | OpenID

| Name | Email | Website (optional) |
|---|---|---|
| Displayed next to your comments. | Not displayed publicly. | If you have a website, link to it here. |

Subscribe to [ None ]                    **Submit Comment**

This is Google's cache of http://www.pakistantoday.com.pk/2011/05/man-arrested-in-miami-is-wanted-in-pakistan-too/. It is a snapshot of the page as it appeared on Jun 14, 2011 13:56:27 GMT. The current page could have changed in the meantime. Learn more

Text-only version

# PAKISTAN TODAY

E-Paper | ▪ Facebook | ▪ Twitter

Karachi    ❄ High 14 °C - Low 7 °C

Tuesday, 14 Jun 2011

🔍

Main News | City | National | Foreign | Profit | Entertainment | Sports | Comment | Magazines | Classifieds

‹    MQM stages walks out from Sindh Assembly  4:12 PM    ›

## Man arrested in Miami is wanted in Pakistan too!

News    Comments (1)    ‹ ›

Shamim Shahid                    30 days ago | Comments (1)

👍 Like    ▪ You like this. · Admin
              Page · Insights · Error

Related Stories    National News

Man arrested at BB airport with 15.6 kg gold, Rs 130.72 million

Gen Musharraf is a wanted man

Pakistan returns Indian most wanted list for corrections

Terror aid suspect wanted by US arrested in Swat

Man arrested for desecration of Quran



PESHAWAR - Ikramul Haq – son of Hafiz Sher Ali Khan, who was arrested along with two of his other sons, Izharul Haq and Irfanul Haq by the US law enforcement agencies on Saturday – is wanted by the Swat police since 2008 in multiple cases pertaining to terrorism, murder, attempt to murder and kidnapping for ransom.

Hafiz Sher Ali is the Imam at the Miami Mosque, also known as the Flagler Mosque, while Izhar is the prayer leader at the Jamaat Al-Mu'mineen Mosque in Margate in Florida. The other three charged indicted by the US on Saturday – Ali Rehman, Alamzeb and Amna Bibi – are living in Pakistan. Amna is Hafiz Sher's daughter and Alamzeb is his grandson.

"Three of my maternal uncles, including Ikramul Haq, are with my grandfather in the US," Alamzeb told Pakistan Today. He and his

mother Amna contradicted all allegations leveled against them by US law enforcement agencies. Alamzeb, however, confirmed that Rehman was his grandfather's friend from Mingwara in Swat and owned a shop in the area.

The US accused Rehman of receiving money from Hafiz Sher and later handing it over to Amna, who is accused of transmitting the money to the Taliban.

Although Alamzeb denies the allegations against him and his family, officials at the Kabal Police Station told Pakistan Today that Ikramul Haq was wanted in two cases registered in the Kabal Police Station in 2008. "The first case was registered against him on January 12, 2008 under sections 324, 353, 427, 120B, 124A, 512 PPC and 7ATA, and the second case was registered on October 22, 2008 under sections 302, 353, 120B, 364, 434, 3/4Explosives Act, 324, 148, 149, 404 and 7ATA," they said, adding that the latter case pertains to an attack on a security forces' convoy on October 21, 2008.

Police officials also confirmed that Ikram was associated with the Tehreek Nifaz-e-Shariat-e-Muhammadi (TNSM) and later with the TTP headed by Mullah Fazalullah. They said that they were surprised to hear that Ikram had managed to reach the US despite being wanted in Pakistan in serious cases.

## Comment (1)

Login

Sort by: **Date**  Rating  Last Activity

**Saleem** · *4 weeks ago*                                         0



Are Pakistan's charges an afterthought following the arrest of these individuals in the US?
Talk about being proactive in countering terrorism!

Reply

## Post a new comment

## Enter text right here!

Comment as a Guest, or login: [IntenseDebate] [WordPress.com] [OpenID]

Name | Email | Website (optional)

*Displayed next to your comments.* | *Not displayed publicly.* | *If you have a website, link to it here.*

Subscribe to [None]

**Submit Comment**

---

## Archive

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

« Apr     Jun »

## Follow Us

To stay updated with latest news please follow us on

[Facebook] [RSS] [Twitter]

## The Week In Pictures

## Comments

### FIA DG still on duty

Ahmad Ali Sabir

Mr.Abdul Ghafar Khan Afridi,DDG (BPS-20) retired on 21.11.2009 after supernuation and after two months resumed duty with full bebefits for one year contract. On completion of one year on 21.11.2010 he again after two months resumed charge of the same posts and terms and condition till further orders. But after supreme court of pakistan orders the DG,GSP and Secretary, Petroleum wrote to Establishment Division that we do not need

---

PAKISTAN TODAY

"dedicated to the legacy of the late Hameed Nizami"
Arif Nizami (Editor)
4-Shaarey Fatima Jinnah, Lahore
Ph: 042-36298305-10 Fax: 042-36298302
Email: editorial@pakistantoday.com.pk

ADVERTISE | CAREERS | PRIVACY POLICY | CONTACT US

This material may not be published, broadcast, rewritten, redistributed or derived from. Unless otherwise stated, all content is copyrighted © 2011 Nawa Media. Technical feedback? webmaster@pakistantoday.com.pk

Case 1:11-cr-20331-RNS   Document 56-5   Entered on FLSD Docket 06/20/2011   Page 5 of 5