UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20331-CR-SCOLA/BANDSTRA(s)

UNITED STATES OF AMERICA

vs.

HAFIZ MUHAMMAD SHER ALI KHAN, et al.,

      Defendants.

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT HAFIZ KHAN'S MOTION FOR CLARIFICATION (DE 219)

On December 12, 2011, Defendant Hafiz Muhammad Sher Ali Khan filed a motion to "Adopt Co-Defendant Irfan Khan's Motion for Disclosure of FISA Applications and Orders" (DE216). In the Motion to Adopt, Hafiz Khan notes that since the issues raised in his co-defendant's pleading (which is DE212) are equally applicable to him, allowing him to adopt Irfan's motion would "save time and unnecessary additional utilization of judicial resources" (*id.* at 1). The government has not objected to Hafiz Khan's Motion to Adopt, and is preparing a Response to Irfan's motion. However, on December 14, 2011, Hafiz Khan filed the instant "Motion to Clarify the Legal Authority Relied Upon by the Government to Conduct Electronic Surveillance," seeking disclosure of information contained in the FISA applications and orders; *i.e.*, disclosure of some of the same material that is the subject of Irfan's motion that Hafiz has just moved to adopt as his own. In order to save time and judicial resources, as Hafiz Khan stated was his intention, the Government intends to treat this serial filing seeking the same material and information (the Motion to Clarify), as a supplement to his Motion to Adopt and to

1

Irfan's motion for disclosure. Any relevant issues raised by the Hafiz's Motion to Clarify will consequently be addressed in the Government's response to Irfan's motion, which is due on January 20, 2012.

WHEREFORE, Hafiz's motion for clarification (DE219) should be denied or held in abeyance.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ John C. Shipley
John C. Shipley
  Assistant United States Attorney
  FL Bar No. 0069670
Sivashree Sundaram
  Assistant United States Attorney
  District Court No. A5501212
Michael Patrick Sullivan
  Senior Litigation Counsel
  FL Bar No. 0134814
United States Attorney's Office
99 N.E. 4th Street, Suite 800
Miami, Florida 33132-2111
Telephone Number (305) 961-9000
John.Shipley@usdoj.gov
Sivashree.Sundaram2@usdoj.gov
Pat.Sullivan@usdoj.gov

Stephen Ponticiello
Bridget Behling
Trial Attorneys, Counterterrorism Section,
National Security Division
United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF for electronic delivery to all counsel of record.

/s/ John Shipley
John Shipley, Assistant United States Attorney