IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 11-20331-CR-SCOLA/ BANDSTRA (s) |
| v. | |
| HAFIZ MUHAMMAD SHER ALI KHAN, ALI REHMAN, a/k/a Faisal Ali Rehman, IRFAN KHAN, IZHAR KHAN, ALAM ZEB, and AMINA KHAN, a/k/a Amina Bibi, | |
| Defendants. | ***EX PARTE*** <br> ***IN CAMERA*** <br> **UNDER SEAL** |

**GOVERNMENT'S EX PARTE, IN CAMERA CLASSIFIED MEMORANDUM IN OPPOSITION TO MOTIONS FOR DISCLOSURE OF FISA APPLICATIONS AND ORDERS AND FOR SUPPRESSION OF EVIDENCE DERIVED FROM FISA INTERCEPTS (DE 212 AND 236)**