UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20331-CR-SCOLA

UNITED STATES OF AMERICA

vs.

HAFIZ MUHAMMAD SHER
ALI KHAN, et al.,

    Defendants.

_____/

**ORDER ON GOVERNMENT'S MOTION TO RECONSIDER**

    THIS MATTER is before the Court on the Government's Response to the Court's February 27, 2012 Order, filed on March 14, 2012, which the Court has construed as a Motion to Reconsider the portions of that Order (ECF No. 278) granting Defendant Hafiz Khan's Motion for Clarification (ECF No. 219). Upon review of the Government's Motion, as well as the Government's Classified Appendix, the Court has determined that the Government has presented a compelling argument for the non-disclosure of the information sought by Defendant Hafiz Khan in his Motion for Clarification. Accordingly, it is

    **ORDERED and ADJUDGED** that the Government's Motion for Reconsideration is **GRANTED**. Those portions of this Court's Order (ECF No. 278) granting Defendant Hafiz Khan's Motion for Clarification are hereby **VACATED**, and Defendant Hafiz Khan's Motion for Clarification (ECF No. 219) is hereby **DENIED**.

    **DONE and ORDERED** in chambers, at Miami, Florida, on March 14, 2012.

                                                                     **ROBERT N. SCOLA, JR.**
                                                                     **UNITED STATES DISTRICT JUDGE**

*Copies to:*
U.S. Magistrate Judge Ted E. Bandstra
Counsel of Record