UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20331-CR-SCOLA/BANDSTRA(s)

**UNITED STATES OF AMERICA**

vs.

**HAFIZ MUHAMMAD SHER ALI KHAN, et al.**

      **Defendants.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT HAFIZ KHAN'S MOTION FOR RECONSIDERATION (DE323)

The United States of America, through undersigned counsel, submits this response to Defendant Hafiz Khan's motion for reconsideration of this Court's Order of March 14, 2012. For all of the reasons stated in the Government's classified and unclassified pleadings on these issues, the Court's ruling was and remains correct, and Hafiz's motion for reconsideration should be denied.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: /s/ John C. Shipley
    John C. Shipley
     Assistant United States Attorney
     FL Bar No. 0069670
    Sivashree Sundaram
     Assistant United States Attorney
     District Court No. A5501212
    Michael Patrick Sullivan
     Senior Litigation Counsel
     FL Bar No. 0134814
    United States Attorney's Office
    99 N.E. 4th Street, Suite 800
    Miami, Florida 33132-2111
    Telephone Number (305) 961-9000
    Fax Number (305) 536-3675
    John.Shipley@usdoj.gov

Sivashree.Sundaram2@usdoj.gov
Pat.Sullivan@usdoj.gov

Stephen Ponticiello
Bridget Behling
Trial Attorneys
Counterterrorism Section,
National Security Division
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, the foregoing pleading was filed electronically with the Clerk of the Court and thereby made available to all counsel of record.

/s/ John C. Shipley
John Shipley
Assistant United States Attorney