## AFFIDAVIT OF AMINA BIBI W/O SHAH ZEB

I, **Amina Bibi W/o Shah Zeb** R/o Chowk Sarsenai Tehsil Kabal District Swat adult Muslim do hereby solemnly affirm on oath that I am willing to testify on behalf of Hafiz Sher Ali and Izhar Khan in Pakistan and that I am not willing to travel to the United States of America for the purpose of attending court to make such deposition or for any other purpose. However, I am willing to provide a sworn statement in Pakistan about the material facts regarding the indictment that claims that I and others were supporting terrorism.

*Identified* by Alam Zeb S/o Shah Zeb
CNIC) No: 15604-0349803-9

**DEPONENT**
Amina Bibi W/o Shah Zeb
Computerized National Identity
Card (CNIC) No:15602-3927304-4

### CERTIFICATE :

Certified that the aforesaid statement is recorded by Mst.Amina Bibi (Deponent) before me on this 14th day of July 2012 at District Court Mingora Swat, Pakistan. She was identified by her son Alam Zeb.

**ATTESTED**

Name: Haidar Shah
Signature of Oath Commissioner

## AFFIDAVIT Of ALAM ZEB S/O SHAH ZEB

I, **Alam Zeb S/o Shah Zeb** R/o Chowk Sarsenai Tehsil Kabal District Swat, adult Muslim do hereby solemnly affirm on oath that I am willing to testify on behalf of Hafiz Sher Ali and Izhar Khan in Pakistan and that I am not willing to travel to the United States of America for the purpose of attending court to make such deposition or for any other purpose. However, I am willing to provide a sworn statement in Pakistan about the material facts regarding the indictment that claims that I and others were supporting terrorism.

*[Signature]*   **ATTESTED**

**DEPONENT**

Alam Zeb S/o Shah Zeb
Computerized National Identity
Card (CNIC) No: 15604-0349803-9

### CERTIFICATE :

Certified that the aforesaid statement is recorded by Mr. Alam Zeb (Deponent) before me on this 14th day of July 2012 at District Court Mingora Swat, Pakistan

*[Seal: Syed Haider Shah Advocate, Distt: Courts Swat, Oath Commissioner, No. 0114-7-012]*

Name: Haider Shah

Signature of Oath Commissioner

*[Signature]*

## AFFIDAVIT OF ALI REHMAN S/O NAWSHERWAN

I, **Ali Rehman S/o Nawsherwan** R/o Muhallah Mulano Cham Kala Kaley Tehsil & District Swat. adult Muslim do hereby solemnly affirm on oath that I am willing to testify on behalf of Hafiz Sher Ali and Izhar Khan in Pakistan and that I am not willing to travel to the United States of America for the purpose of attending court to make such deposition or for any other purpose. However, I am willing to provide a sworn statement in Pakistan about the material facts regarding the indictment that claims that I and others were supporting terrorism.

**DEPONENT**

Ali Rehman S/o Nawsherwan

Computerized National Identity

Card (CNIC) No: 15602-0380493-1

### CERTIFICATE :

Certified that the aforesaid statement is recorded by Mr. **Ali Rehman** (Deponent) before me on this 14th day of July 2012 at District Court Mingora Swat, Pakistan.

ATTESTED

Name: Haidar Shah

Signature of Oath Commissioner