UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20331-CR-SCOLA/BANDSTRA

UNITED STATES OF AMERICA |
|
v. |
|
HAFIZ MUHAMMAD SHER |
ALI KHAN, et al. |
|
      Defendant |

**AFFIRMATION OF ATTORNEY KHURRUM B. WAHID**

I, Khurrum B. Wahid, pursuant to 28 U.S.C. § 1746, hereby affirms under the penalties of perjury the following:

1. I am the attorney for Hafiz Muhammad Sher Ali Khan in this action and have personal knowledge of the facts stated in this affidavit.

2. This affidavit is submitted in support of defendant's motion for requesting foreign depositions pursuant to Rule 15 of the Federal Rules of Criminal Procedure.

3. I hereby verify that each of the material facts and statements attributed to a witness contained in the defendant's motion and defendant's reply to the government's response is true.

4. Mr. Noor Mohammad met with me and discussed the interaction he had with the informant Mr. Mehmood Siddiqui.

5. Mr. Mohammad stated he would be willing to testify on behalf of the named defendants at trial. He also indicated his fear of traveling to the United States after I advised him the U.S. government believes him to be a Taliban fighter. Mr. Mohammad stated he will provide

travel documents and is willing to travel to the Southern District of Florida if he is not to be detained by U.S. operatives. If this assurance is not provided Mr. Mohammad is unavailable to testify at trial but willing to testify in Pakistan.

                                            KHURRUM B. WAHID

STATE OF FLORIDA  
BROWARD COUNTY  ) ss.

On the 26th day of July, in the year 2012, before me, the undersigned, personally appeared Khurrum B. Wahid, personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual executed the instrument, and that such individual made such appearance before the undersigned in Broward County in the State of Florida

NOTARY PUBLIC  
STATE OF FLORIDA