UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20331-Cr-SCOLA/BANDSTRA

UNITED STATES OF AMERICA,

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,
IZHAR KHAN,

     Defendants.
_____/

### ORDER DENYING MOTION FOR LEAVE TO ALLOW WITNESSES TO APPEAR AT HEARING BY TELEPHONE

THIS MATTER is before the Court on the Defendants' Motion For Leave To Allow Witnesses To Appear Telephonically (ECF No. 526). First, the Defendants errantly refer to the October 18, 2012 hearing as being scheduled for 10:00 a.m. To be clear, **the October 18, 2012 hearing is scheduled to commence at 9:30 a.m.** In the Motion, the Defendants seek leave to allow two witnesses, offered in support of the Defendants' request to take Rule 15 depositions, appear at the October 18 hearing by telephone. The Defendants have not cited to any legal authority in support of their request to permit this sort of telephonic testimony.

All parties have been aware of the October 18 hearing, and have had sufficient opportunity to make appropriate arrangements to produce witnesses at the hearing. Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Motion (ECF No. 526) is **DENIED**. Neither side may produce witness testimony by telephone *unless all parties agree*.

**DONE and ORDERED** in chambers, at Miami, Florida, on October 16, 2012.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*