UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20331-CR-SCOLA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

HAFIZ MUHAMMAD SHER ALI KHAN,
IZHAR KHAN,

   Defendants.
_____/

## DEFENDANTS' REQUEST FOR A FINAL RULING ON THE DEFENDANTS' MOTION FOR A JURY QUESTIONNAIRE

The Defendants, Hafiz Muhammad Sher Ali Khan and Izhar Khan, by and through undersigned counsel, hereby file this Request for a Final Ruling on the Defendants' Motion for a Jury Questionnaire, and as grounds therefore would state as follows:

1. On March 12, 2012 the defense filed a Motion for Jury Questionnaire and attached a proposed Questionnaire [DE 282]. On March 13, 2012, this Honorable Court entered a Non-Final Order ruling that it will utilize a jury questionnaire, but not making a determination as to the specific questions.

2. The government filed a Response to the Motion for Jury Questionnaire [DE 287] containing its objections to the defenses' proposed questionnaire as well as additional proposed questions.

3. On March 28, 2012, the defense filed its Reply to the Government's Response [DE 288], in which it adopted any reasonable government objections and all the questions proposed by the government. Additionally,

the defense provided a descriptive response to any government objection not adopted therein.

4.     The defense hereby files an updated proposed jury questionnaire which color codes the questions still objected to by the government in "red" font, questions proposed by the government and adopted by the defense in "blue" font, and all non-objected questions in regular "black" font.

5.     It is the defendants' position that the final jury questionnaire should be sent out to the jury panel members as soon as possible before the commencement of trial, set for Wednesday, January, 2, 2013.

6.     The government maintains the same position stated in their Response to the Motion for Jury Questionnaire [DE 287].

WHEREFORE, the defendants, Hafiz Muhammad Sher Ali Khan and Izhar Khan, respectfully request this Honorable Court enter a final order on the Jury Questionnaire. Upon receipt of this order, counsel for the defendants will immediately supply a final copy of the Jury Questionnaire to the Clerk of Courts and assist them in the distribution of said questions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

Joseph S. Rosenabaum, P.A., Grove Forest Plaza, 2937 SW 27th Avenue, Suite 101, Miami, Florida 33133
Telephone (305) 446-6099  -  Facsimile (305) 446-6150

*United States of America v. Izhar Khan*
Case No. 11-20331-CR-Scola
Page 3

Respectfully Submitted,

s/ Joseph S. Rosenbaum
JOSEPH S. ROSENBAUM, ESQUIRE
FLORIDA BAR NO. 240206

JOSEPH S. ROSENBAUM, P.A.
2937 SW 27th AVENUE, SUITE 101
MIAMI, FLORIDA 33133
TEL. (305) 446-6099
EMAIL: jsr@rosenbaum-lunalaw.com

s/ Khurrum B. Wahid
KHURRUM B. WAHID, ESQUIRE
FLORIDA BAR NO. 178764

WAHID, VIZCAINO & MAHER L.L.P
6221 W. ATLANTIC BLVD.
MARGATE, FLORIDA 33063
TEL. (305) 444-4303
EMAIL: khurrum@wvmlawfirm.com