UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20331-Cr-SCOLA

UNITED STATES OF AMERICA,

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,

    Defendant.
_____/

**ORDER REQUIRING DETAILED RECITATION OF
CERTAIN WITNESSES' TESTIMONY**

    Defendant Hafiz Khan moves the Court to authorize witnesses previously identified as Rule 17b witnesses (hereafter, the "Former Rule 17b Witnesses") to be deposed under Rule 15 of the Federal Rules of Criminal Procedure. (DE 708.) The Government opposes this request. (DE 711.) A hearing on this issue is scheduled for 9:00 a.m. on January 29, 2013.

    To help the Court properly analyze and decide Hafiz Khan's request to depose the Former Rule 17b Witnesses under Rule 15, the Court **ORDERS** Hafiz Khan's counsel to file a notice with the Court before 5:00 a.m. January 29 containing a **detailed** recitation of the testimony that each of these witnesses will give. The Court needs this information to evaluate the materiality of their testimony. The testimony must be highly material because a Rule 15 deposition should be authorized only when "exceptional circumstances" exist and the testimony serves "the interests of justice." Assuming the Court grants the motion to depose these witnesses under Rule 15, any testimony that is not included in this detailed recitation **will not be allowed at the trial.** The defense is therefore cautioned to err on the side of including rather than excluding details.

    **DONE and ORDERED** in chambers, at Miami, Florida, on January 28, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*