UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20331-CR-RNS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,
        Defendant.
_____/

**DEFENDANT HAFIZ KHAN'S SUPPLEMENT TO HIS
MOTION FOR COMPASSIONATE RELEASE PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)(i) (DE 889)**

Defendant, Hafiz Khan, through undersigned counsel, respectfully files this factual supplement to his motion for compassionate release (DE 889) and states:

1. On Friday, October 4, 2019, Mr. Khan filed a motion for compassionate release based on what appears to be his imminent death. (DE 889). The Court ordered the government to file its response by 3 p.m. today. (DE 891).

2. Over the weekend, undersigned learned the following:

    a. Dr. Franklin Olmo of FMC Butner advised the family during their Wednesday, October 2, 2019, visit that should Mr. Khan be released, FMC Butner would make arrangements to have him transported by air back to Florida.

    b. FMC Butner provided the following names as contacts at the prison, in the event the Court or Government had follow-up questions:

        i. Ms. Oratado-Branch, Social Worker;

        ii. Mrs. Lee, Unit Manager;

        iii. Mr. Machalcho, Counselor;

        iv.        Chaplains Oakley, May, and Costello;

        v.        Mr. Polk, Medical Records; and

        vi.        Case Manager Allen.

c.        The Patient Line is 919-575-5003, and the Prison Number is 919-575-3900.

**WHEREFORE**, Mr. Khan respectfully requests that this Court supplement his original motion for compassionate relief (DE 889) with these factual assertions.

Respectfully submitted,

MICHAEL CARUSO  
Federal Public Defender

By:   *s/Sowmya Bharathi*  
       Supervisory Assistant Federal Public Defender  
       150 West Flagler Street, Suite 1700  
       Miami, Florida 33130-1555  
       305-533-4188  
       Sowmya_Bharathi@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 7, 2019, a copy of this document will be served on counsel of record via CM/ECF.