UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-20331-CR-SCOLA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,

     Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Hafiz Khan's Motion for Compassionate Release (DE 889). Pursuant to the hearing held today, October 8, 2019, (DE 899), the Court, having been fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that:

(1) Mr. Thomas Scarantino, Warden of FMC Butner, and anyone designated by him with knowledge of how to handle or arrange the logistics of releasing an inmate with significant health issues, like Mr. Hafiz Khan, shall speak with either Sowmya Bharathi (Sowmya_Bharathi@fd.org; 305-533-4188) or Michael Caruso (Michael_Caruso@fd.org; 305-530-7000) of the Federal Public Defender's Office before Thursday, October 10, 2019. The purpose of this conversation is to determine what logistics would need to be in place in order to release Mr. Khan, should the Court choose to do so.

(2) Dr. Franklin Olmo shall speak with either above-referenced defense counsel regarding the status of their client.

**DONE and ORDERED** in Chambers, at Miami, Florida, on October 8, 2019.

JUDGE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT

Cc:    All counsel of record