# UNITED STATES DISTRICT COURT
## Southern District of Florida
### Miami Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**HAFIZ MUHAMMAD SHER ALI KHAN** | AMENDED JUDGMENT IN A CRIMINAL CASE<br><br>Case Number: **11-20331-CR-SCOLA-1**<br><br>USM Number: **95230-004**<br><br><u>Counsel for Defendant</u>:<br>AFPD Sowmya Bharathi, and FPD Michael Caruso.<br><u>Counsel for the United States</u>:<br>AUSA John C. Shipley, and AUSA Anne Schultz.<br>Court Reporter: Tammy Nestor |

The defendant was found guilty on Counts 1, 2, 3, and 4 of the indictment (ECF No. 752).

The defendant is adjudicated guilty of these offenses:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **OFFENSE ENDED** | **COUNT** |
|---|---|---|---|
| 18 U.S.C. § 2339A(a) | Conspiracy to provide material support to terrorists. | November 2010 | 1 |
| 18 U.S.C. § 2339B(a)(1) | Conspiracy to provide material support to a designated foreign terrorist organization. | November 2010 | 2 |
| 18 U.S.C. § 2339A(a) | Material support to terrorists. | November 2010 | 3 |
| 18 U.S.C. § 2339B(a)(1) | Material support to a designated foreign terrorist organization. | November 2010 | 4 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Original Imposition of Sentence:
8/23/2013

_____
ROBERT N. SCOLA, Jr.
United States District Judge

Date: 10/11/2019

DEFENDANT: **HAFIZ MUHAMMAD SHER ALI KHAN**
CASE NUMBER: **11-20331-CR-SCOLA-1**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served**. The term consists of time served as to Count 1 and time served as to each of Counts 2, 3, and 4. The sentence imposed on Counts 1, 2, 3, and 4, shall run concurrently with each other.

The defendant is presently in the custody of the U.S. Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **HAFIZ MUHAMMAD SHER ALI KHAN**
CASE NUMBER: **11-20331-CR-SCOLA-1**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for **concurrent** terms of **five years** as to Counts 1, 2, 3, and 4.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first fifteen days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **HAFIZ MUHAMMAD SHER ALI KHAN**
CASE NUMBER: **11-20331-CR-SCOLA-1**

## SPECIAL CONDITIONS OF SUPERVISION

**Financial Disclosure Requirement -** The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Mental Health Treatment -** The defendant shall participate in an approved inpatient/outpatient mental health treatment program. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

**Permissible Search -** The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

- Kahn shall be immediately released and transferred by ambulance to Transitions LifeCare, a hospice facility in Raleigh, North Carolina.
- Kahn is forbidden from using the telephone or accessing the internet.
- Kahn may only receive visitors from the following list of individuals:
    - Fatima Khan
    - Ikram Khan
    - Irfan Khan, his wife Shazia, and their three minor children
    - Izhar Khan and his wife Reeshma
    - Izhaz Khan, his wife Kalsoom, and their three minor children
    - Shah Wali Khan and his wife Rang Mahal
    - Hafiz Obaidullah Khan and his wife Mehar, and their four adult children, Imdad, Inayatullah, Kifayatullah, and Habibullah
    - Shahi Merman Khan (sister), her husband Ajab, and their adult sons Ismail, Ziaullah, and Saifullah
- Until such time as supervision is transferred to the Eastern District of North Carolina, the U.S. Probation Office for the Southern District of Florida shall contact Transitions LifeCare at least every 72 hours to ensure compliance with the conditions of supervised release and must file on the docket weekly status reports regarding Kahn's health and his compliance with the terms of his supervised release. The first status report is due on October 18, 2019.

DEFENDANT: **HAFIZ MUHAMMAD SHER ALI KHAN**
CASE NUMBER: **11-20331-CR-SCOLA-1**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $400.00 | $0.00 | $0.00 |

| **NAME OF PAYEE** | **TOTAL LOSS*** | **RESTITUTION ORDERED** | **PRIORITY OR PERCENTAGE** |
|---|---|---|---|
|  |  |  |  |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

\*\*Assessment due immediately unless otherwise ordered by the Court.

DEFENDANT: **HAFIZ MUHAMMAD SHER ALI KHAN**
CASE NUMBER: **11-20331-CR-SCOLA-1**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A. Lump sum payment of $400.00 due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

This assessment/fine/restitution is payable to the CLERK, UNITED STATES COURTS and is to be addressed to:

**U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
400 NORTH MIAMI AVENUE, ROOM 08N09
MIAMI, FLORIDA 33128-7716**

**Joint and Several**

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

| **CASE NUMBER** **DEFENDANT AND CO-DEFENDANT NAMES (INCLUDING DEFENDANT NUMBER)** | **TOTAL AMOUNT** | **JOINT AND SEVERAL AMOUNT** |
|---|---|---|
| | | |

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.